UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA SLADE,

          Plaintiff,

against

ART OF BEAUTY COMPANY, INC., et al.,

          Defendants.

CIVIL ACTION NO.: 19 Civ. 7952 (JPO) (SLC)

**ORDER TERMINATING INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge:

The initial case management conference, previously scheduled for Wednesday, January 8, 2020 at 10:00 a.m., is ADJOURNED sine die, as the parties have settled and are awaiting approval from the District Judge of the Proposed Consent Decree at ECF No. 15-1.

The Clerk of Court is respectfully directed to terminate the initial case management conference.

Dated:      New York, New York
              January 2, 2020

                              SO ORDERED

                              _/s/ Sarah L. Cave_
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**